UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ,

Plaintiff,

-against-

COMMISSIONER OF INTERNAL REVENUE,

Defendant.

26-CV-5658 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who appears to reside in New Jersey, brings this action *pro se*. The complaint can be liberally construed as alleging that Plaintiff did not receive tax refunds owed her in 2024 and 2025 due to a wrongful levy.

The Court dismisses the complaint without prejudice for the following reason. Plaintiff previously submitted to this court a substantially similar complaint against Defendant Internal Revenue Service. That action was transferred to the United States District Court for the District of New Jersey, where it remains pending. *See Perez v. Internal Revenue Serv.*, No. 26-CV-4160 (S.D.N.Y. June 1, 2026) (transferred and opened as No. 2:26-CV-05319 (D.N.J.) (pending)).[1]

Because this complaint raises the same claims already pending, no useful purpose would be served by litigating this duplicate lawsuit. The Court therefore dismisses this complaint

[1] Plaintiff has also filed several other actions in this court against the Internal Revenue Service and Department of Treasury that appear to raise the same claims. *See*, *e.g.*, *Perez v. Internal Revenue Service*, No. 1:26-CV-3665 (LTS) (S.D.N.Y.) (transferred and opened as No. 2:26-CV-05319 (D.N.J.) (pending); *Perez v. Internal Revenue Service*, No. 1:26-CV-4004 (LTS) (S.D.N.Y.). On July 3, 2026, Plaintiff was barred from proceeding *in forma pauperis* in this district unless she obtains leave of Court.

without prejudice to Plaintiff's pending action.[2]

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of the action under docket number 26-CV-4160 (S.D.N.Y. June 1, 2026), which is now pending in 2:26-CV-05319 (D.N.J.).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: 7/8/2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

[2] Insofar as Plaintiff seeks to assert any additional claim against this defendant, there does not appear to be any reason to bring another new action rather than raising such claim in the pending action.