UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ.,

Petitioner,

-against-

COMMISSIONER OF INTERNAL REVENUE.,

Respondents.

26 CIVIL 05658 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the July 13, 2026, order, Plaintiff's complaint is dismissed as duplicative of the action under docket number 26-CV-4160 (S.D.N.Y. June 1, 2026), which is now pending in 2:26-CV-05319 (D.N.J.). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 16, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge